JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS AGUIRRE, on behalf of himself and others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>AARON'S, INC. dba AARON'S SALES & LEASE OWNERSHIP, a Georgia corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: CV 21-1441-DMG (Ex)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION [75]** |

Pursuant to the Parties' stipulation for dismissal filed on February 26, 2021, the Court orders as follows:

1)      Plaintiff's individual claims alleged in his First Amended Complaint shall be dismissed WITH prejudice;

2)      The claims Plaintiff alleges in the First Amended Complaint on behalf of the putative class and collective shall be dismissed WITHOUT prejudice; and

3)      This action is dismissed in its entirety.

IT IS SO ORDERED.

DATED:   March 1, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE